```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

JAMES FRANKLIN PUTNAM                                              PETITIONER
Federal BOP Inmate #04498-043
MDOC Inmate #R3020

VS.                                    CIVIL ACTION NO. 5:07-cv-150-DCB-MTP

CHRISTOPHER EPPS                                                   RESPONDENT

<u>FINAL JUDGMENT</u>

This cause having come before the Court on the Report and Recommendation of the Magistrate Judge that the respondent's Motion to Dismiss for Failure to Exhaust [**docket entry 67**] be granted. The Court having adopted in full the Report and Recommendation over the Objection of the petitioner following a de novo review of those portions of the Report and Recommendation to which the petitioner objected; according,

**IT IS HEREBY ORDERED AND ADJUDGED** that James Franklin Putnam's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the respondent's Motion to Dismiss for Failure to Exhaust [**docket entry 67**] is **GRANTED.**

**SO ORDERED AND ADJUDGED,** this the 23rd day of July 2008.

                                    ___s/ David Bramlette_____
                                    UNITED STATES DISTRICT JUDGE